**Whitney Jett**

| | |
|---|---|
| **From:** | Sandy Minutillo <sminutillo@gmail.com> |
| **Sent:** | Monday, January 22, 2024 9:17 AM |
| **To:** | Whitney Jett |
| **Subject:** | Re: 23-30839 Modern American Railroad v. Findley |

CAUTION - EXTERNAL:

good morning, Ms. Jett.

Thank you for your email. My physical address is 1337 Beverly Garden Dr, Metairie, LA 70002.

Yes. I no longer work in the federal system. I am happy to complete any transcript requests, but don't have access or time
to "investigate" these cases. I have not had any contact with an attorney in this case. I don't know if the transcript is already
in the record and not required. If I receive a request, I will comply.
Thank you,
Sandy Minutillo
504 508 9804

On Fri, Jan 19, 2024 at 12:48 PM Whitney Jett <Whitney_Jett@ca5.uscourts.gov> wrote:

Good afternoon,

Attached is a transcript order we received on 12/13/2023 to which no acknowledgment was received; therefore, the due date for filing the transcript was 1/12/2024. Please advise as to if financial arrangements have been made and if so, when the transcript will be ready.

We received word from the Eastern District that you are no longer employed there. The Clerk provided us your personal email addresses. We currently have the @live email already listed, but please confirm where we should send future electronic notices.

Further, please provide your preferred physical address as a backup if electronic notification fails.

If you lose or have lost the ability to file acknowledgments through CM/ECF, we do accept them via email to our case team at [ca05ml_LAMSAG@ca5.uscourts.gov](mailto:ca05ml_LAMSAG@ca5.uscourts.gov).

If you have any questions, let me know.

Thank you,

Respectfully,

Whitney M. Jett

Deputy Clerk for Louisiana/Mississippi/Agency Appeals

Opinions Clerk

Courtroom Deputy

U.S. Court of Appeals for the Fifth Circuit, Clerk's Office

Main Line: 504-310-7700

Direct: 504-310-7772



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.