

SCHONEKAS
EVANS
McGOEY &
McEACHIN, LLC

William P. Gibbens
504.680.6065
Billy@semmlaw.com

January 23, 2024

**VIA CM/ECF Electronic Filing**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals
For the Fifth Circuit
600 Maestri Place, Suite 115
New Orleans, LA 70130

> RE: USCA Fifth Circuit No. 23-30839, *Premier Offshore Catering, Inc., et al. v. Patrick Burnett, et al.*
> USDC EDLA No. 21-CV-258, 21-CV-337, 21-CV-464, 21-CV-822, 21-CV-1968, 21-CV-1969, 21-CV-1981, 21-CV-1982, 21-CV-2075, 21-CV-2227

Dear Mr. Cayce:

I write in response to the Notice and Order to Show Cause related to making financial arrangements with the court reporter.

On December 11, 2023, I ordered the transcript of a Motion Hearing held on December 7, 2022 before United States Magistrate Judge Karen Wells Roby. *See* Rec. Doc. 9.

On December 12, 2023, the court reporter, Sandra Minutillo, sent me an invoice for that transcript. *See* Attachment "A," p. 1. I paid the invoice on December 13, 2023, and Ms. Minutillo deposited the check on December 19, 2023. *See id.* at p. 2-4.

Ms. Minutillo, who no longer works for the Eastern District of Louisiana, has advised me that she emailed a copy of the transcript to the Eastern District of Louisiana Clerk's Office on December 15, 2023, but it was not filed into the record.

After speaking with me yesterday, Ms. Minutillo sent another copy of the transcript to the Clerk's Office, and the transcript was filed into the district court's record on January 22, 2024.

Sincerely,

William P. Gibbens

cc: All counsel and parties of record via e-filing

# INVOICE

**Amount Due (USD)**
# $160.00

BILL TO
**Schonekas, Evans, McGoey and McEachin, LLC**
Terri Bowers

504 680 6059
terri@semmlaw.com

**Invoice Number:** 1-11122025
**Invoice Date:** December 12, 2023
**Payment Due:** December 12, 2023

| ITEMS | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| **All Coast, LLC, et al vs Shore Offshore Services, LLC, et al #21-258**<br>Transcript of Motion Hearing held on December 7, 2022 | 40 | $4.00 | $160.00 |

| | | |
|---|---|---|
| **Subtotal:** | | $160.00 |
| **Total:** | | $160.00 |
| **Amount Due (USD):** | | $160.00 |

**Sandy Minutillo, CCR**
sminutillo@stcharlesgov.net
1337 Beverly Garden Drive
Metairie, Louisiana 70002
United States

**Contact Information**
5045089804

EXHIBIT
A



SCHONEKAS
EVANS
McGOEY &
McEACHIN, LLC

William P. Gibbens
504.680.6065
Billy@semmlaw.com

December 13, 2023

**VIA U.S. MAIL:**
Sandy Minutillo, CCR
1337 Beverly Garden Drive
Metairie, Louisiana 70002

    Re: *All Coast, LLC v. Shore Offshore Services, LLC, et al.*
      USDC, EDLA No. 21-258

Dear Ms. Minutillo:

  Enclosed please find our firm check made payable to you in the amount of $160.00 representing payment in full payment for the December 7, 2022 transcript (your invoice No. 1-11122025) in the referenced matter.

  With kind regards, I am

       Sincerely,

       William P. Gibbens

WPG/tlb
Enclosure

30317

**SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC**
909 POYDRAS ST, STE 1600
NEW ORLEANS, LA 70112

RED RIVER BANK
84-526/652

12/13/2023

PAY TO THE
ORDER OF    Sandy Minutillo

$ **160.00

One Hundred Sixty and 00/100***********************************************************************************  DOLLARS



Sandy Minutillo
1337 Beverly Garden Drive
Metairie, LA  70002

⊠ PROTECTED AGAINST FRAUD ⊠



MEMO    File 3370

⑷37⑴0⑴

---

SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC

Sandy Minutillo

12/13/2023

30317

160.00

Red River Operating A   File 3370

160.00

SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC

Sandy Minutillo

12/13/2023

30317

160.00

Red River Operating A   File 3370

160.00



SCHONEKAS, EVANS, MCODEY
& MCEACHIN, LLC
909 POYDRAS ST, STE 1600
NEW ORLEANS, LA 70112

RED RIVER BANK

30317

12/15/2023

PAY TO THE
ORDER OF   Sandy Minutilo                    $ **160.00

One Hundred Sixty and 00/100 **************************************** DOLLARS

Sandy Minutilo
1337 Beverly Garden Drive
Metairie, LA 70002

MEMO

12/19/2023    30317    $160.00