

**SCHONEKAS EVANS McGOEY & McEACHIN, LLC**

William P. Gibbens
504.680.6065
Billy@semmlaw.com

March 4, 2024

**VIA CM/ECF Electronic Filing**
Lyle W. Cayce, Clerk of Court
United States Court of Appeals
For the Fifth Circuit
600 Maestri Place, Suite 115
New Orleans, LA 70130

> RE: Unopposed Request for Level One Extension
> USCA Fifth Circuit No. 23-30839, *Modern American Railroad v. Findley*
> USDC EDLA No. 21-CV-258, 21-CV-337, 21-CV-464, 21-CV-822, 21-CV-1968, 21-CV-1969, 21-CV-1981, 21-CV-1982, 21-CV-2075, 21-CV-2227

Dear Mr. Cayce:

I am counsel of record for Respondent-Appellant J. Kyle Findley, whose opening brief is currently due on March 26, 2024.

Mr. Findley respectfully requests a Level 1 extension of 30 days from his current due date. This is Mr. Findley's first request for an extension of time.

Good cause exists for the requested extension. Several of the issues in Mr. Findley's appeal will also be addressed by Claimant-Appellant Patrick Burnett, who is represented by separate counsel. An extension of time would allow counsel to coordinate their briefing and prepare a response that would be most helpful to the Court.

Accordingly, Mr. Findley respectfully requests that the due date for his opening brief be extended by 30 days, up to and including April 25, 2024. Counsel for all parties have consented to this request.

Sincerely,

William P. Gibbens

cc: All counsel and parties of record via e-filing